PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 01 2016

DOUGLAS F. YOUNG, Clerk
By
　　Deputy Clerk

# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.

TRAMEKA WALKER

Crim. No. 4:15CR40007-01

On _____June 25, 2015_____ the above named was placed on probation/supervised release for a period of __3__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ Craig Robie
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __1st__ day of __November__, 20__16__.

_Susan O. Hickey_
United States District Judge